IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Melissa M. Caldwell | Case No. 21-00735-HWV
Chapter 13

MOTION TO EXTEND TIME
FOR FILING ALL REMAINING DOCUMENTS

AND NOW, this 19th day of April, 2021, comes the above Debtor, by her counsel, E. Haley Rohrbaugh, Esquire and CGA Law Firm, and files the within Motion averring that:

1. The within Motion is brought pursuant to Bankruptcy Rule 1007 in that it seeks to extend the time in which the Debtors must file all remaining documents.

2. The above-captioned case is a voluntary Chapter 13 petition, which was filed as an emergency on April 5, 2021 to stop a Sherriff Sale on her real property.

3. Debtor is still gathering additional documents needed to complete the Petition, Schedules and Chapter 13 Plan.

4. The Debtor requests an extension of (14) days to file the requisite schedules.

WHEREFORE, the Debtor requests an extension of time of fourteen (14) days in which to file the appropriate documents and schedules to accompany her bankruptcy petition.

Respectfully submitted,
CGA Law Firm

By: */s/ E. Haley Rohrbaugh*
E. Haley Rohrbaugh, Esquire
Sup. Ct. ID No. 323803
135 North George Street
York, PA 17401-1282
Telephone: 717-848-4900
(Counsel for Debtor)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Melissa M. Caldwell

Case No. 21-00735-HWV
Chapter 13

## ORDER GRANTING MOTION TO EXTEND TIME TO FILE ALL REMAINING DOCUMENTS

AND NOW, upon the consideration of the Motion filed by the Debtor seeking to have the time in which to file all remaining documents extended, it is hereby

ORDERED that the time within which the Debtor must file the requisite schedules be extended an additional fourteen (14) days, to May 3, 2021.

BY THE COURT,