IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Melissa M. Caldwell

Case No. 1:21-bk-00735-HWV
Chapter 13

SECOND MOTION TO EXTEND TIME
FOR FILING ALL REMAINING DOCUMENTS

AND NOW, this 3rd day of May, 2021, comes the above Debtor, by her counsel, CGA Law Firm, and files the within Motion averring that:

1. The within Motion is brought pursuant to Bankruptcy Rule 1007 in that it seeks to extend the time in which the Debtor must file all remaining documents.

2. The above-captioned case is a voluntary Chapter 13 petition, which was filed as an emergency on April 5, 2021.

3. The Court granted an extension to May 3, 2021 to file all remaining documents.

4. Debtor was unable to keep her appointment to review and sign the schedules due to her mandatory sixteen (16) hour shift from her employer Wellspan located at York County Hospital.

5. For the reason stated above, the Debtor requests an extension of ten (10) days to file all remaining documents with the Court.

WHEREFORE, the Debtor requests an extension of time of ten (10) days in which to file all remaining documents to accompany her emergency bankruptcy petition.

    Respectfully submitted,
    CGA Law Firm

By: */s/ E. Haley Rohrbaugh*
    E. Haley Rohrbaugh, Esquire
    Sup. Ct. ID No. 323803
    135 N. George St. York, PA 17401
    Telephone: 717-848-4900
    (Counsel for Debto

CERTIFICATE OF SERVICE

      I hereby certify that on May 3, 2021, a true and correct copy of the foregoing Motion to Extend Time for all remaining documents was or will be sent to the following by CM / ECF:

Office of the U.S. Trustee

Jack N. Zaharopoulos, Esquire
Standing Chapter 13 Trustee

                                      */s/ E. Haley Rohrbaugh*
                                      E. Haley Rohrbaugh, Esquire

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    E. Haley Rohrbaugh

Case No. 1:21-bk-00735-HWV
Chapter 13

## ORDER GRANTING MOTION TO EXTEND TIME TO
## FILE ALL REMAINING DOCUMENTS

AND NOW, upon consideration of the Motion filed by the Debtor seeking to have the time in which to file all remaining documents extended, it is hereby

ORDERED that the time within which the Debtor must file all remaining documents be extended an additional ten (10 ) days.

BY THE COURT,