WELLSPAN HEALTH

1001 South George Street
PO Box 15198
York, PA 174057198 United States of America

| | |
|---|---|
| Number | 36439281 |
| Check Date | 02/05/2021 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Melissa M. Caldwell
596 Green Valley Road
York, PA 17403
US

Net Pay  739.09

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Melissa M. Caldwell | 2571 | 324872 | 200 | 9250 | 01/30/2021 |

Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 97.50 | 1078.98 | 3285.50 |
| Total Deductions | | 339.89 | 1027.94 |
| Total Net | | 739.09 | 2257.56 |

Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| COVID Furlough | | | | 170.28 |
| Charge Pay | 24.00 | 1.50 | 36.00 | 114.00 |
| Christmas Holiday | | | | 45.41 |
| Holiday Worked | | | | 56.76 |
| New Year Holiday | | | | 45.41 |
| Paid Time Off | | | | 34.05 |
| Regular | 73.50 | 14.19 | 1042.98 | 2717.42 |
| Thanksgiving Holiday | | | | 102.17 |
| Total | 97.50 | | 1078.98 | 3285.50 |

Taxes

| Description | Current | Year to Date |
|---|---|---|
| Federal Income Tax | | |
| Medicare - Employee | 13.42 | 40.96 |
| PA Unemploy Comp Tax Employee | 0.65 | 1.98 |
| Pennsylvania Income Tax | 28.41 | 86.72 |

|  | | Current | Year to Date |
|---|---|---|---|
| Social Security - Employee | | 57.38 | 175.15 |
| York City | | 11.57 | 35.32 |
| York City LST | | 2.00 | 6.00 |
| Total | | 113.43 | 346.13 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403(b) RSP - EE Percent | 53.95 | 164.28 |
| Delta Dental - Employee | 10.16 | 30.48 |
| Vision Plan Employee | 2.82 | 8.46 |
| WellSpan Plus Employee | 140.50 | 421.50 |
| Total | 207.43 | 624.72 |

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Child Life Insurance | 0.80 | 2.40 |
| Metlaw | 8.25 | 24.75 |
| Spouse Life Insurance | 3.98 | 11.94 |
| Supplemental Life Insurance | 6.00 | 18.00 |
| Total | 19.03 | 57.09 |

## Company Taxes

| Description | Current | Year to Date |
|---|---|---|
| Medicare - Company | 13.42 | 40.96 |
| Social Security - Company | 57.38 | 175.15 |
| Total | 70.80 | 216.11 |

## Company Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403(B) RSP - ER Match Percent | 21.58 | 65.71 |
| 403(b) ER Percent-Non Elective | 21.58 | 65.71 |
| Total | 43.16 | 131.42 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| 31319058 | 1334386719 | Woodforest National Bank | 739.09 |

WELLSPAN HEALTH
1001 South George Street
PO Box 15198
York, PA 174057198 United States of America

| | |
|---|---|
| Number | 36459080 |
| Check Date | 02/19/2021 |

VOID VOID VOID VOID VOID VOID VOID VOID

Pay to the order of

Melissa M. Caldwell
596 Green Valley Road
York, PA 17403
US

Net Pay 743.16

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Melissa M. Caldwell | 2571 | 324872 | 200 | 9250 | 02/13/2021 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 105.00 | 1083.88 | 4369.38 |
| Total Deductions | | 340.72 | 1368.66 |
| Total Net | | 743.16 | 3000.72 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| COVID Furlough | | | | 170.28 |
| Charge Pay | 32.00 | 1.50 | 48.00 | 162.00 |
| Christmas Holiday | | | | 45.41 |
| Holiday Worked | | | | 56.76 |
| New Year Holiday | | | | 45.41 |
| Paid Time Off | | | | 34.05 |
| Regular | 73.00 | 14.19 | 1035.88 | 3753.30 |
| Thanksgiving Holiday | | | | 102.17 |
| Total | 105.00 | | 1083.88 | 4369.38 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| Federal Income Tax | | |
| Medicare - Employee | 13.49 | 54.45 |
| PA Unemploy Comp Tax Employee | 0.65 | 2.63 |
| Pennsylvania Income Tax | 28.56 | 115.28 |

Case 1:21-bk-00735-HWV    Doc 25    Filed 05/28/21    Entered 05/28/21 16:16:14    Desc
Main Document      Page 3 of 8

| | Social Security - Employee | 57.69 | 232.84 |
|---|---|---|---|
| | York City | 11.63 | 46.95 |
| | York City LST | 2.00 | 8.00 |
| | Total | 114.02 | 460.15 |

**Pretax Deductions**

| Description | | Current | Year to Date |
|---|---|---|---|
| 403(b) RSP - EE Percent | | 54.19 | 218.47 |
| Delta Dental - Employee | | 10.16 | 40.64 |
| Vision Plan Employee | | 2.82 | 11.28 |
| WellSpan Plus Employee | | 140.50 | 562.00 |
| Total | | 207.67 | 832.39 |

**Aftertax Deductions**

| Description | Current | Year to Date |
|---|---|---|
| Child Life Insurance | 0.80 | 3.20 |
| Metlaw | 8.25 | 33.00 |
| Spouse Life Insurance | 3.98 | 15.92 |
| Supplemental Life Insurance | 6.00 | 24.00 |
| Total | 19.03 | 76.12 |

**Company Taxes**

| Description | Current | Year to Date |
|---|---|---|
| Medicare - Company | 13.49 | 54.45 |
| Social Security - Company | 57.69 | 232.84 |
| Total | 71.18 | 287.29 |

**Company Deductions**

| Description | Current | Year to Date |
|---|---|---|
| 403(B) RSP - ER Match Percent | 21.68 | 87.39 |
| 403(b) ER Percent-Non Elective | 21.68 | 87.39 |
| Total | 43.36 | 174.78 |

**Auto Deposit Distributions**

| Routing | Account | Description | Amount |
|---|---|---|---|
| 31319058 | 1334386719 | Woodforest National Bank | 743.16 |

Case 1:21-bk-00735-HWV    Doc 25    Filed 05/28/21    Entered 05/28/21 16:16:14    Desc
Main Document    Page 4 of 8

WELLSPAN HEALTH
1001 South George Street
PO Box 15198
York, PA 174057198 United States of America

Number          36479045
Check Date      03/05/2021

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Melissa M. Caldwell
596 Green Valley Road
York, PA 17403
US

Net Pay  811.47

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Melissa M. Caldwell | 2571 | 324872 | 200 | 9250 | 02/27/2021 |

Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 88.00 | 1145.69 | 5515.07 |
| Total Deductions | | 334.22 | 1702.88 |
| Total Net | | 811.47 | 3812.19 |

Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| COVID Furlough | | | | 170.28 |
| Charge Pay | 16.00 | 1.50 | 24.00 | 186.00 |
| Christmas Holiday | | | | 45.41 |
| Holiday Worked | | | | 56.76 |
| New Year Holiday | | | | 45.41 |
| Paid Time Off | 12.00 | 14.19 | 170.28 | 204.33 |
| Regular | 60.00 | 14.19 | 851.41 | 4604.71 |
| Thanksgiving Holiday | | | | 102.17 |
| Uniform Reimbursement | | 100.00 | 100.00 | 100.00 |
| Total | 88.00 | | 1145.69 | 5515.07 |

Taxes

| Description | Current | Year to Date |
|---|---|---|
| Federal Income Tax | | |
| Medicare - Employee | 12.94 | 67.39 |
| PA Unemploy Comp Tax Employee | 0.63 | 3.26 |

Case 1:21-bk-00735-HWV    Doc 25    Filed 05/28/21    Entered 05/28/21 16:16:14    Desc
Main Document      Page 5 of 8

|  | | |
|---|---|---|
| Pennsylvania Income Tax | 27.39 | 142.67 |
| Social Security - Employee | 55.32 | 288.16 |
| York City | 11.15 | 58.10 |
| York City LST | 2.00 | 10.00 |
| Total | 109.43 | 569.58 |

**Pretax Deductions**

| Description | Current | Year to Date |
|---|---|---|
| 403(b) RSP - EE Percent | 52.28 | 270.75 |
| Delta Dental - Employee | 10.16 | 50.80 |
| Vision Plan Employee | 2.82 | 14.10 |
| WellSpan Plus Employee | 140.50 | 702.50 |
| Total | 205.76 | 1038.15 |

**Aftertax Deductions**

| Description | Current | Year to Date |
|---|---|---|
| Child Life Insurance | 0.80 | 4.00 |
| Metlaw | 8.25 | 41.25 |
| Spouse Life Insurance | 3.98 | 19.90 |
| Supplemental Life Insurance | 6.00 | 30.00 |
| Total | 19.03 | 95.15 |

**Company Taxes**

| Description | Current | Year to Date |
|---|---|---|
| Medicare - Company | 12.94 | 67.39 |
| Social Security - Company | 55.32 | 288.16 |
| Total | 68.26 | 355.55 |

**Company Deductions**

| Description | Current | Year to Date |
|---|---|---|
| 403(B) RSP - ER Match Percent | 20.91 | 108.30 |
| 403(b) ER Percent-Non Elective | 41.83 | 129.22 |
| Total | 62.74 | 237.52 |

**Auto Deposit Distributions**

| Routing | Account | Description | Amount |
|---|---|---|---|
| 31319058 | 1334386719 | Woodforest National Bank | 811.47 |

WELLSPAN HEALTH
1001 South George Street
PO Box 15198
York, PA 174057198 United States of America

| | |
|---|---|
| Number | 36501800 |
| Check Date | 03/19/2021 |

VOID VOID VOID VOID VOID VOID VOID VOID

Pay to the order of

Melissa M. Caldwell
596 Green Valley Road
York, PA 17403
US

Net Pay  706.50

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Melissa M. Caldwell | 2571 | 324872 | 200 | 9250 | 03/13/2021 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 84.00 | 1039.69 | 6554.76 |
| Total Deductions | | 333.19 | 2036.07 |
| Total Net | | 706.50 | 4518.69 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| COVID Furlough | | | | 170.28 |
| Charge Pay | 12.00 | 1.50 | 18.00 | 204.00 |
| Christmas Holiday | | | | 45.41 |
| Holiday Worked | | | | 56.76 |
| New Year Holiday | | | | 45.41 |
| Paid Time Off | 24.00 | 14.19 | 340.56 | 544.89 |
| Regular | 48.00 | 14.19 | 681.13 | 5285.84 |
| Thanksgiving Holiday | | | | 102.17 |
| Uniform Reimbursement | | | | 100.00 |
| Total | 84.00 | | 1039.69 | 6554.76 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| Federal Income Tax | | |
| Medicare - Employee | 12.85 | 80.24 |
| PA Unemploy Comp Tax Employee | 0.62 | 3.88 |

| | Current | Year to Date |
|---|---|---|
| Pennsylvania Income Tax | 27.21 | 169.88 |
| Social Security - Employee | 54.94 | 343.10 |
| York City | 11.08 | 69.18 |
| York City LST | 2.00 | 12.00 |
| Total | 108.70 | 678.28 |

Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403(b) RSP - EE Percent | 51.98 | 322.73 |
| Delta Dental - Employee | 10.16 | 60.96 |
| Vision Plan Employee | 2.82 | 16.92 |
| WellSpan Plus Employee | 140.50 | 843.00 |
| Total | 205.46 | 1243.61 |

Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Child Life Insurance | 0.80 | 4.80 |
| Metlaw | 8.25 | 49.50 |
| Spouse Life Insurance | 3.98 | 23.88 |
| Supplemental Life Insurance | 6.00 | 36.00 |
| Total | 19.03 | 114.18 |

Company Taxes

| Description | Current | Year to Date |
|---|---|---|
| Medicare - Company | 12.85 | 80.24 |
| Social Security - Company | 54.94 | 343.10 |
| Total | 67.79 | 423.34 |

Company Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403(B) RSP - ER Match Percent | 20.79 | 129.09 |
| 403(b) ER Percent-Non Elective | 41.59 | 170.81 |
| Total | 62.38 | 299.90 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| 31319058 | 1334386719 | Woodforest National Bank | 706.50 |

https://lawsonprod.wellspan.org/lawson/xhrnet/ui/windowplain.htm

4/4/2021