

E. Haley Rohrbaugh, Attorney
hrohrbaugh@cgalaw.com
Ext. 136

June 1, 2021

Office of the Clerk
United States Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut Street, Room 320
Harrisburg, PA 17101

Re:  **Caldwell, Melissa M.**
     **1:21-bk-00735**

Dear Sirs:

Please change the address for the Debtor:

Old Address:

Melissa M. Caldwell
569 Green Valley Road
York, PA 17403

**New Address:**

**Melissa M. Caldwell**
**596 Green Valley Road**
**York, PA 17403**

Thank you.

Sincerely,

/s/ E. Haley Rohrbaugh

E. Haley Rohrbaugh

EHR/klb

{01945929/1}

CGA Law Firm, CGA Professional Center, 135 N. George Street, York, PA 17401                                          www.cgalaw.com
Case 1:21-bk-00735-HWV    Doc 28    Filed 06/01/21    Entered 06/01/21 15:38:36    Desc
Main Document    Page 1 of 1