# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    MELISSA MARIE CALDWELL

                         Debtor(s)                    CHAPTER 13

       JACK N. ZAHAROPOULOS
       CHAPTER 13 TRUSTEE
                 Movant                CASE NO: 1-21-00735-HWV

       vs.

       MELISSA MARIE CALDWELL

                         Respondent(s)

## <u>TRUSTEE'S MOTION TO DISMISS CASE</u>

COMES NOW, on October 13, 2021, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, James K. Jones, Esquire, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:   <u>October 13, 2021</u>                Respectfully submitted,

                                        <u>/s/   James K. Jones, Esquire</u>
                                        <u>ID:  39031</u>
                                        Attorney for Movant
                                        Jack N. Zaharopoulos
                                        Standing Chapter 13 Trustee
                                        8125 Adams Drive, Suite A
                                        Hummelstown, PA 17036
                                        Phone:  (717) 566-6097
                                        Fax:  (717) 566-8313
                                        eMail:  jjones@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    MELISSA MARIE CALDWELL

                        CHAPTER 13

        Debtor(s)

    JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE              CASE NO: 1-21-00735-HWV
        Movant

### NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

    Bankruptcy Courtroom              Date: November 10, 2021
    Ronald Reagan Federal Bldg         Time: 09:35 AM
    3rd Floor, 228 Walnut Street
    Harrisburg, PA 17101

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.    You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.

**AMOUNT DELINQUENT AS OF LAST MONTH: $ 1528.00**
**AMOUNT DUE FOR THIS MONTH: $382.00**
**TOTAL AMOUNT DUE BEFORE HEARING DATE: $1910.00**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

    If **submitting payment by U.S. First Class Mail** mail to**:**
        **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

    If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.    You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the Court, or

3.    You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court

and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Dated: October 13, 2021                  eMail: info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    MELISSA MARIE CALDWELL

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS                    CASE NO: 1-21-00735-HWV
CHAPTER 13 TRUSTEE
Movant

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 13, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

E. HALEY ROHRBAUGH                      Served electronically
CGA LAW FIRM, P.C.
135 NORTH GEORGE ST
YORK, PA  17401-

United States Trustee                   Served electronically
228 Walnut Street
Suite 1190
Harrisburg, PA  17101

MELISSA MARIE CALDWELL                  Served by 1st Class Mail
596 GREEN VALLEY ROAD
YORK, PA  17403

I certify under penalty of perjury that the foregoing is true and correct.

Date:  October 13, 2021                 Bobbie Weigel
                                        for Jack N. Zaharopoulos, Trustee
                                        Suite A, 8125 Adams Dr.
                                        Hummelstown, PA  17036
                                        Phone:  (717) 566-6097
                                        eMail: info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    MELISSA MARIE CALDWELL

                                  CHAPTER 13

            Debtor(s)

       JACK N. ZAHAROPOULOS
       CHAPTER 13 TRUSTEE
               Movant                 CASE NO: 1-21-00735-HWV

       vs.

       MELISSA MARIE CALDWELL        MOTION TO DISMISS

## <u>ORDER DISMSSING CASE</u>

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.  The Court retains jurisdiction to rule on any timely filed fee application.